IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY KNIGHT,

                  Plaintiff,                          ORDER

v.

DANE COUNTY,                                    07-cv-718-bbc

                  Defendant.

---

On April 14, 2008, the parties submitted a stipulation to extend the plaintiff's deadline to amend the complaint from April 14, 2008 to May 18, 2008. The court declines to accept this stipulation. Any amendments after today may occur only if the court grants leave.

This court's policy is to give parties a "free shot" at amending their pleadings for about four to six weeks following the preliminary pretrial conference so that they can clean up the complaint and answer at the beginning of the case after having the opportunity to review their opponents' Rule 26(a)(1) disclosures. When the parties amend later, there is a greater potential that the amendments will require rescheduling other firm dates such as the summary judgment motion deadline or even the trial. This is particularly true if a new party is added. Therefore, although the court will freely grant leave as justice requires, it reserves to itself the role of gatekeeper for any attempts to amend the pleadings after the front-end deadline has passed.

Entered this 14th day of April, 2008.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge