IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY KNIGHT,

    Plaintiff,

v.

TRAVIS MYREN, C. TOPF WELLS,
KATHLEEN FALK and DANE
COUNTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-718-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Travis Myren, C. Topf Wells, Kathleen Falk and Dane County, dismissing Plaintiff Rodney Knight's complaint with prejudice.

_____
Joel W. Turner
Acting Clerk of Court

9-8-08
Date